IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 07-cv-01760-EWN-BNB

AURORA LOAN SERVICES, LLC,

Plaintiff,

v.

A.K.T. AMERICAN CAPITAL, INC., a/k/a American Capital Corporation,

Defendant.

_____

**ORDER**
_____

This matter is before me on the parties **Joint Motion to Vacate October 9, 2007 Scheduling/Planning Conference and to Stay Discovery** [Doc. # 10, filed 9/21/2007] (the "Motion to Stay"). The Motion to Stay is DENIED, generally for the reasons stated in Chavez v. Young America Ins. Co., 2007 WL 683973 (D. Colo. Mar. 2, 2007).

Here, the basis for the defendant's motion to dismiss is the assertion that the defendant is not subject to the personal jurisdiction of the court. Even if that is so, and I express no opinion on the matter, the action may proceed in a California court where the defendant apparently can be found. Consequently, any discovery taken here may be used in any such subsequent action in California, which mitigates the argument that the defendant is unduly burdened.

In addition, this is a case before Chief Judge Edward W. Nottingham. His *General Case Management Order and Order of Reference to United States Magistrate Judge* [Doc. # 3, filed 8/22/2007] sets a dispositive motion deadline of April 21, 2008, and expressly provides that I lack

the authority to extend that deadline. In view of the length of time ordinarily necessary for the determination of a motion to dismiss, it is unlikely that the dispositive motion deadline established by the Chief Judge could be met if a stay were granted.

Notwithstanding the agreement of the parties that they would prefer a stay, the more general interests of controlling the court's docket and the fair and speedy administration of justice require that het Motion to Stay be denied.

IT IS ORDERED that the Motion to Stay is DENIED.

Dated September 27, 2007.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge