IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01760-EWN-BNB

AURORA LOAN SERVICES LLC,

    Plaintiff,

v.

A.K.T. AMERICAN CAPITAL, INC A/K/A
American Capital Corporation,

    Defendant

_____

## ORDER ADMINISTRATIVELY CLOSING CASE
_____

The Court, having fully considered the parties' Notice Of Settlement And Joint Motion For Administrative Closure of Case ("Motion") hereby **GRANTS** the Motion and **ORDERS**:

1. This case is hereby administratively closed pending performance by Defendant under the parties' Settlement Agreement and Mutual Release ("Agreement").

2. Following completion of Defendant's performance under the Agreement, the parties shall file a Stipulation For Dismissal With Prejudice. However, in the event Defendant breaches the Agreement, Plaintiff shall be entitled to file a motion reopening the case and seeking the entry of judgment against Defendant.

Dated this 16th day of January, 2008.

BY THE COURT:

s/ Edward W Nottingham
Chief United States District Judge